23-mj-00165-VCF

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

      JUL 20 2023

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

*Jose Melgar Campos*

    Defendant.

Case No.

UNOPPOSED MOTION FOR WAIVER OF DEFENDANT'S PRESENCE

## UNOPPOSED MOTION FOR WAIVER OF DEFENDANT'S PRESENCE PURSUANT TO FED. R. CRIM. P. 43(b)(2)

Pursuant to Fed. R. Crim. P. 43(b)(2), the defendant, *Jose Melgar Campos*, through counsel, *Dean Gronemeier*, hereby moves this Court for an order that Defendant's presence is not required at the hearing set on *20 July 2023* or for future status conference hearings should the defendant continue to meet the court ordered requirements.

The rule provides that a defendant need not be present:

> when the offense is punishable by fine or by imprisonment for not more than one year or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing or in the defendant's absence [.] Fed. R. Crim. P. 43(b)(2)

The defendant, *Jose Melgar Campos* hereby requests that this Court proceed during Defendant's absence pursuant to this waiver, and hereby agrees that Defendant's interests are deemed represented at all times by the presence of Defendant's attorney, the same as if Defendant were personally present in court. After visiting with Defendant, it is the understanding of the undersigned counsel that Defendant wishes to waive appearance as evidenced by the signature below.

Respectfully submitted,

DATED: 20 July 2023    _[signature]_

DATED:_____    _____

DATED:_____    _____

SO ORDERED this 20 day of July, 2023.

_[signature]_
UNITED STATES MAGISTRATE JUDGE